UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 19-CR-0193(2) (PJS/LIB) |
| Plaintiff, | |
| v. | ORDER |
| MATTHEW JAMES GUNDERSON, | |
| Defendant. | |

---

This matter is before the Court on the defendant's motion for an extension of time to file his position pleadings.  ECF No. 116.  The defendant seeks a three-week extension, until October 30, 2020, to allow for the completion of a psychosexual evaluation.  The government does not object to the extension.

Based upon all the files, records and proceedings herein,  IT IS HEREBY ORDERED that:

1. The defendant's Motion for Extension of Time to File Position Pleadings [ECF No. 116] is GRANTED.

2. The parties' final position pleadings must be filed no later than October 30, 2020.

Dated: September 30, 2020

 s/Patrick J. Schiltz
Patrick J. Schiltz
United States District Judge