**LAW OFFICE OF**
**KEVIN C. CORNWELL**
102 S. 29TH AVE. WEST, SUITE 206
DULUTH, MN 55806
PHONE: (218) 625-3034   FAX: (888) 380-6590
CORNWELL.KEVIN@GMAIL.COM

December 23, 2020

Honorable Patrick J. Schiltz
United States District Judge
United States District Court
300 South Fourth St., 14E
Minneapolis, MN 55415

Re:   United States v. **MATTHEW JAMES GUNDERSON**
      Criminal No. 19-193 (2) (PJS/LIB)

Dear Judge Schiltz:

By filing of this letter, please be advised that the defense is withdrawing previously filed ECF Doc. No. 126 (Position Pleading of Matthew James Gunderson) and ECF Doc. No. 127 (psychosexual evaluation). In addition, motions to allow for revised position pleadings and to continue the sentencing date will be filed on ECF.

Sincerely,


**s/Kevin C. Cornwell**
Attorney for Defendant