# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING

| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| --- | --- | --- |
| Plaintiff, | ) | |
| v. | ) | Case No: 19-CR-0193(2) (PJS/LIB) |
| | ) | Date: May 19, 2021 |
| Matthew James Gunderson, | ) | Court Reporter: Debra Beauvais |
| Defendant. | ) | Courthouse: St. Paul |
| | ) | Courtroom: Devitt |
| | ) | Time Commenced: 1:09 p.m. |
| | ) | Time Concluded: 2:20 p.m. |
| | | Sealed Hearing Time: 1:09 p.m. - 2:20 p.m. |
| | | Time in Court: 1 Hour & 11 Minutes |

Defendant's true name if different from charging instrument:
☐ Parties ordered to file stipulation or proposed order for name change.
☐ Clerk of Court is directed to change name to:

Before Patrick J. Schiltz, United States District Judge, at St. Paul, Minnesota.

APPEARANCES:

    For Plaintiff:    Manda Sertich
    For Defendant:    Kevin Cornwell    ☐ FPD  ☒ CJA  ☐ Retained  ☐ Appointed

Interpreter/Language: /

☐ **Evidentiary Hearing** (only select if witness list filed)

☒ **Sentencing.**

☐ Hearing held on objections to the presentence report.

IT IS ORDERED:

Defendant is sentenced to:

| Count. No. | Plea | Verdict | BOP | AG | SR | PROB | HA |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 9 | Y | | 360 months | | 10 years | | |
| 11 | Y | | 360 months | | 10 years | | |

Said terms to run  ☒ concurrently    ☐ consecutively
☒ Special conditions of :

See J&C for special conditions

☒ Defendant sentenced to pay:
  ☐ Fine in the amount of $.
  ☒ Restitution in the amount of $3,392.50.
  ☐ Costs of prosecution in the amount of $ to be paid .
  ☒ Special assessment in the amount of $200 to be paid immediately.

☒ Plea and plea agreement accepted.
☐ Court Ordered Denial of Federal Benefits.
☐ Execution of sentence of imprisonment suspended until.
☐ Defendant released pending execution of sentence of imprisonment on same terms and conditions as previously released.
☐ Execution of sentence of fine suspended.
☒ On Motion of the Gov't., Counts 10 and 12-15 of the indictment are dismissed as to this defendant only.
☐ Motion for departure is   ☐ granted     ☐ denied.
☒ Defendant remanded to the custody of the U.S. Marshal.

☒ Docket nos.: 128, 129 shall be unsealed at the time the judgment is filed.
☐ Docket no.:  shall remain sealed until.
☐ Docket no.:  shall be sealed indefinitely.

  s/C. Glover  
  Courtroom Deputy